**So Ordered.**

**Dated: September 25th, 2018**



Frank L. Kurtz
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | ) Chapter 12 |
| | ) |
| JON W. RICE, | ) NO. 17-03717-FLK12 |
| | ) |
| | ) FINDINGS OF FACT AND |
| | ) CONCLUSIONS OF LAW |
| Debtor. | ) |
| | ) |

THIS MATTER having come on regularly for hearing before the Honorable Frank L. Kurtz, United States Bankruptcy Judge for the Eastern District of Washington, by telephone conference on September 13, 2018, the Debtor appearing by and through his attorney of record JAMES P. HURLEY of Hurley & Lara, the Chapter 12 Trustee FORD ELSAESSER appearing in person and by written report and other counsel appearing for various creditors as indicated in the Clerk's Minutes and the Court having considered the testimony of the Debtor, the exhibits and evidence in support of the Order Confirming the Debtor's Chapter 12 Plan, the Court now makes the following:

FINDINGS OF FACT AND
CONCLUSIONS OF LAW

-1-

HURLEY & LARA
*Attorneys at Law*
411 North 2nd Street
Yakima, WA 98901
509.248.4282

17-03717-FLK12    Doc 65    Filed 09/25/18    Entered 09/25/18 11:11:34    Pg 1 of 3

## FINDINGS OF FACT

1. The Plan complies with the provisions of the Chapter 12 and with other applicable provisions of Title 11, U.S. Code;

2. Any fee, charge or amount required under Chapter 12 of Title 28, U.S. Code, or by the Plan, to be paid before confirmation has been paid;

3. The Plan has been proposed in good faith and not by any means forbidden by law;

4. The value, as of the effective date of the Plan, of the property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtor was liquidated under Chapter 7, Title 11, U.S. Code, on such date. The Plan, as proposed, pays all allowed unsecured claims in full;

5. The holder of each allowed secured claim has accepted the Plan.

The Court having entered its Findings of Fact, now enters the following:

## CONCLUSIONS OF LAW

1. The Plan complies with the provisions of Chapter 12 and other applicable provisions of Title 11, U.S. Code; and

2. The Court should confirm the Debtor's Chapter 12 Plan filed June 22, 2018 and identified as Chapter 12 Plan in this case.

//////End of Order////

FINDINGS OF FACT AND
CONCLUSIONS OF LAW

-2-

*HURLEY & LARA*
*Attorneys at Law*
*411 North 2nd Street*
*Yakima, WA 98901*
*509.248.4282*

17-03717-FLK12    Doc 65    Filed 09/25/18    Entered 09/25/18 11:11:34    Pg 2 of 3

Presented by:

s/ James P. Hurley
JAMES P. HURLEY    WSBA #6615
Attorney for Debtor

Approved for Entry:

s/ Ford Elsaesser
FORD ELSAESSER
Chapter 12 Trustee

Approved for Entry:

s/ Trevor Pincock
TREVOR PINCOCK    WSBA #36818
Attorney for Northwest Farm Credit Services

Approved for Entry:

s/ Elizabeth Shea
ELIZABETH SHEA    WSBA #27189
Attorney for Banner Bank

Approved for Entry:

s/ Brian Donovan
BRIAN DONOVAN    WSBA #41121
Attorney for Farm Service Agency

FINDINGS OF FACT AND CONCLUSIONS OF LAW    -3-

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
509.248.4282

17-03717-FLK12    Doc 65    Filed 09/25/18    Entered 09/25/18 11:11:34    Pg 3 of 3